**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7234**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DACEY MAURICE JONES,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. William L. Osteen, District Judge. (CR-97-250, CA-00-615-1)

_____

Submitted: October 10, 2002          Decided: October 21, 2002

_____

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Dacey Maurice Jones, Appellant Pro Se. Lisa Blue Boggs, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dacey Maurice Jones seeks to appeal the district court's order denying as untimely his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and dismiss the appeal for the reasons stated by the district court. See United States v. Jones, Nos. CR-97-250; CA-00-615-1 (M.D.N.C. filed July 26, 2000; entered July 29, 2002). We deny a certificate of appealability. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2